# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

January 20, 2022

**MEMO ENDORSED**

**The Application is granted.**

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: _January 21, 2022_

By ECF
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:**   **United States v. Anthony DiPietro**
          **22 Cr. 020 (PGG)**

Dear Judge Gardephe,

      Bail in this matter was set on January 12, 2022 (Moses, MJ).  As a condition of his bail, Mr. DiPietro was required to secure three financially responsible individuals to cosign his bond on or before January 19, 2022. Thus far, Mr. DiPietro has proffered three individuals to the government, however, a final decision regarding their suitability to sign the bond has not yet been made. Accordingly, and with the consent of AUSA Mathew Andrews, the defense respectfully requests that the deadline to sign the bond be extended to January 26, 2022.

      Thank you.

                    Respectfully,

                    /s/ *Matthew J. Kluger*
                    Matthew J. Kluger

cc:     AUSA Mathew Andrews