# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

February 1, 2022

By ECF
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: ___February 7, 2022___

Re:   **United States v. Anthony DiPietro**
      **22 Cr. 020 (PGG)**

Dear Judge Gardephe,

Bail in this matter was set on May 17, 2018 (Moses, MJ). As a condition of his bail, Mr. DiPietro's travel is restricted to the Southern and Eastern Districts of New York. The defense writes now seeking two modifications to this travel condition.

First, Mr. DiPietro and his girlfriend have family that they visit regularly in Franklin Lakes, N.J. Accordingly, the defense respectfully requests that in addition to the Southern and Eastern Districts of New York, Mr. DiPietro be permitted to travel to the District of New Jersey as well.

Second, Mr. DiPietro has an apartment located in Southern Florida (the exact address can be provided to Pretrial Services). At the time of his arrest, Mr. DiPietro already had plans (and tickets) to fly to Florida with his two children from February 17, 2022, to February 24, 2022 (flight details can be provided to Pretrial services). Accordingly, Mr. DiPietro seeks permission from the Court to make this trip as scheduled.

Both AUSA Mathew Andrews and Pretrial Services Officer Stephen Boose *consent* to the above bail modifications for the reasons stated herein.

Thank you.

Respectfully,

/s/ *Matthew J. Kluger*

Matthew J. Kluger

cc:    AUSA Mathew Andrews
       AUSA Louis Pellegrino
       PTSO Stephen Boose