# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

March 16, 2022

By ECF
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: March 17, 2022

Re: **United States v. Anthony DiPietro**
    **22 Cr. 020 (PGG)**

Dear Judge Gardephe,

Bail in this matter was set on May 17, 2018 (Moses, MJ). As a condition of his bail, Mr. DiPietro's travel is restricted to New Jersey and the Southern and Eastern Districts of New York. The defense writes now seeking a temporary bail modification.

Although his bail conditions require that he reside in New York, Mr. DiPietro has an apartment located in Southern Florida (the address has previously been provided to Pretrial Services). Mr. DiPietro seeks the Court's permission to fly to Florida on Thursday, March 31, 2022, and return to New York on Monday April 4, 2022 (flight details will be provided to Pretrial Services).

Both AUSA Mathew Andrews and Pretrial Services Officer Stephen Boose *consent* to the above travel request.

Thank you.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger

cc:   AUSA Mathew Andrews
      AUSA Louis Pellegrino
      PTSO Stephen Boose