LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

April 20, 2022

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Gulkarov, et al.</u>, 22 CR 20 (PGG) (SDNY)

Dear Judge Gardephe:

      I am writing on behalf of defendant Anthony DiPietro to respectfully request a modification of the defendant's conditions of release which would permit him to travel to his home in Highland Beach, Florida from April 27 through May 1, 2022.  The government, by AUSA Mathew Andrews, and Pretrial Services have no objection to this request.

      By way of background, on January 12, 2022, Judge Moses released Mr. DiPietro on a $250k personal recognizance bond cosigned by three financially responsible persons, with conditions, *inter alia*, limiting his travel to the Southern and Eastern Districts of New York.  In the time since his release, the Court extended Mr. DiPietro's area of travel to include the District of New Jersey so that he may visit regularly with his girlfriend's family.

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 20, 2022

JEFFREY LICHTMAN

Hon. Paul G. Gardephe
United States District Judge
April 20, 2022
Page 2

      Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:    Mathew Andrews, Esq.
        Assistant United States Attorney (by ECF)

        Stephen Boose
        Pretrial Services (by email)

So Ordered:

_____
Hon. Paul G. Gardephe