LAW OFFICES OF

# JEFFREY LICHTMAN

11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

July 19, 2022

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Gulkarov, et al., 22 CR 20 (PGG) (SDNY)**

Dear Judge Gardephe:

I am writing on behalf of defendant Anthony DiPietro to respectfully request a modification of the defendant's conditions of release which would permit him to travel to Boca Raton, Florida from July 28 through July 31, 2022 in order to clear out his possessions following the recent sale of his condominium.  The government, by AUSA Mathew Andrews, and Pretrial Services have no objection to this request.  If approved, Mr. DiPietro will provide Pretrial Services with a detailed itinerary of his travel.

By way of background, on January 12, 2022, Judge Moses released Mr. DiPietro on a $250k personal recognizance bond cosigned by three financially responsible persons, with conditions, *inter alia*, limiting his travel to the Southern and Eastern Districts of New York.  In the time since his release, the Court extended Mr. DiPietro's area of travel to include the District of New Jersey so that he may visit regularly with his girlfriend's family.

JEFFREY LICHTMAN

Hon. Paul G. Gardephe
United States District Judge
July 19, 2022
Page 2


        Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.


                        Respectfully submitted,


                        Jeffrey Lichtman


cc:     Mathew Andrews, Esq.
        Assistant United States Attorney (by ECF)

        Stephen Boose
        Pretrial Services (by email)


**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**
**Dated:  July 25, 2022**