UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ANTHONY DIPIETRO,

               Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A conference will take place in this matter on **April 11, 2023, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
         March 27, 2023

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge