LAW OFFICES OF
# JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

April 10, 2025

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 11, 2025

Note: Pretrial services is directed to return the Defendant's passport to his possession.

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>United States v. Gulkarov, et al.</u>, 22 CR 20 (PGG) (SDNY)

Dear Judge Gardephe:

I am writing on behalf of defendant Anthony DiPietro to respectfully request that Pretrial Services be directed to return the defendant's passport now that Mr. Dipietro has begun service of his sentence at FCI Lewisburg. The government, by AUSA Mathew Andrews, has no objection to this request.

Thank you for the Court's consideration on this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

*Jeffrey Einhorn*

cc:   Mathew Andrews, Esq.
      Assistant United States Attorney (by ECF)

      Madalyn Toledo
      Pretrial Services (by email)